# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

BARBARA S. MABRA,

    Plaintiff,

v.

    Civil Action 2:11-cv-00407
    Judge Edmund A. Sargus
    Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

The Court **GRANTS** the parties' Joint Stipulation for an Award of Attorney Fees Under the Equal Access to Justice Award. (ECF No. 21.) Defendant shall pay attorney's fees, expenses, and costs in the amount of $3,400.00.

**IT IS SO ORDERED.**

\_\_\_10-23-2012\_\_\_
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE